| Attorney or Party without Attorney:<br>JOONSIK MAING SBN-240927<br>REED SMITH LLP<br>101 SECOND STREET<br>SUITE 1800<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415 543-8700  FAX No: 415 391-8269<br>Attorney for: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: GENERAL ELECTRIC CAPITAL CORPORATION | | |
| Defendant: MASTER KRAFT MACHINING, INC, et al | | |
| **PROOF OF SERVICE SUMMS IN CIV. ACTION** | Hearing Date: Time: Dept/Div: | Case Number:<br>CV-11-3238 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint For Breach Of Contract; Dispute Resolution Procedures; Ecf Registration Information Handout; Welcome To The U.S. District Court, San Francisco Information Package; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank); Plaintiff General Electric Capital Corporation's Frcp 7.1 Disclosure Statement And Certificate Of Interested Parties.

3. a. Party served: MASTER KRAFT MACHINING, INC

4. Address where the party was served: 11081 CHULA AVE
SAN JOSE, CA 95127

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 11, 2011 (2) at: 9:04PM.

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ellenor Rios
   
   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone (415) 626-3111
   Fax (415) 626-1331
   www.firstlegalnetwork.com

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 984
      (iii) County: Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
Date: Tue, Jul. 12, 2011

(Ellenor Rios)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | 6690299 .reesm-sf.379259 |

| Attorney or Party without Attorney:<br>JOONSIK MAING SBN-240927<br>REED SMITH LLP<br>101 SECOND STREET<br>SUITE 1800<br>SAN FRANCISCO, CA 94105 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 415 543-8700  FAX No: 415 391-8269 | | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | | |
| Plaintiff: GENERAL ELECTRIC CAPITAL CORPORATION | | | | | |
| Defendant: MASTER KRAFT MACHINING, INC, et al | | | | | |
| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-11-3238 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Breach Of Contract; Dispute Resolution Procedures; Ecf Registration Information Handout; Welcome To The U.S. District Court, San Francisco Information Package; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank); Plaintiff General Electric Capital Corporation's Frcp 7.1 Disclosure Statement And Certificate Of Interested Parties.

3. a. Party served: KURT T. MATSUDA

4. Address where the party was served: 11081 CHULA AVE
SAN JOSE, CA 95127

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 11, 2011 (2) at: 9:04PM

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ellenor Rios

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone (415) 626-3111
   Fax (415) 626-1331
   www.firstlegalnetwork.com

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 984
      (iii) County: Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
Date: Tue, Jul. 12, 2011

(Ellenor Rios)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

6690307 .reesm-sf.379258