**United States District Court**
For the Northern District of California

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   GENERAL ELECTRIC CAPITAL                No. C 11-03238 CW
    CORPORATION,
5                                           ORDER OF REFERENCE
            Plaintiff,                      TO MAGISTRATE
6                                           JUDGE
        v.
7
8   MASTER KRAFT MACHINING INC., et
    al.,
9
            Defendant.
10
    _____/
11

12       Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that

13  Plaintiff's Motion for Default Judgment filed in the above-

14  captioned case is referred to a Magistrate Judge to be heard and

15  considered at the convenience of his/her calendar.  The Magistrate

16  Judge shall prepare findings and recommendation on the motion.

17

18  Dated:  9/2/2011                        CLAUDIA WILKEN
                                            United States District Judge
19

20  cc: Sue
21

22

23

24

25

26

27

28