UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | |
| Plaintiff, | No. 11-03238 (EDL) |
| v. | NOTICE OF REFERENCE AND <u>ORDER SETTING HEARING</u> |
| MASTER KRAFT MACHINING INC. ET AL | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth D. Laporte for the purpose of hearing the motion for default judgment. The hearing on Plaintiff's Motion for Default has been set for October 11, 2011, at 10:00 a.m., in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

In accordance with Civil Local Rule 7-3, the opposition, if not already filed, shall be served and filed no later than twenty-one (21) days prior to the noticed hearing date. Any reply to the opposition shall be served and filed no later than fourteen (14) days prior to the noticed hearing date.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance with Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

AT THE TIME OF FILING OF ORIGINAL PAPERS WITH THE CLERK'S OFFICE, THE PARTIES ARE REQUIRED TO SUBMIT TWO CONFORMED COPIES OF EACH DOCUMENT, ONE OF WHICH IS TO BE DESIGNATED "EDL CHAMBERS COPY."

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: September 7, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge