IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>MASTER KRAFT MACHINING INC., et al.,<br><br>      Defendants.<br>_____/ | No. C 11-3238 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge LaPorte's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.  The Case Management Conference is vacated.

Dated:  12/7/2011

                                    CLAUDIA WILKEN<br>                                    United States District Judge