1  Alicia A. Adornato (SBN 254228)
   Email: aadornato@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105
   Telephone:     +1 415 659 4812
4  Facsimile:     +1 415 391 8269

5  Attorneys for Plaintiff
   General Electric Capital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER KRAFT MACHINING INC., a California corporation; and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | Case No.: C 11-03238 CW<br><br>**ENTRY OF APPEARANCE OF ALICIA ADORNATO** |

Please take notice that Alicia A. Adornato hereby enters her appearance as counsel for Plaintiff.

Please take further notice that all parties to this action should <u>add</u> counsel for Plaintiff to their mailing lists for service of all pleadings and papers filed in this action as follows.

> Alicia A. Adornato
> REED SMITH LLP
> 101 Second Street, Suite 1800
> San Francisco, CA  94105
> Telephone:     415.543.8700
> Facsimile:      415.391.8269
>
> Email: aadornato@reedsmith.com

Dated:  February 22, 2012                REED SMITH LLP


                                         By: /s/ Alicia A. Adornato
                                              Alicia A. Adornato
                                              Attorneys for Plaintiff