EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| Joonsik Maing (SBN 240927)<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>TELEPHONE NO.: 415-543-8700   FAX NO.: 415-391-8269<br>E-MAIL ADDRESS: jmaing@reedsmith.com<br>ATTORNEY FOR *(Name):* Plaintiff General Electric Capital Corporation<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | **FILED**<br>MAR 2 0 2012<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND<br><br>*unexecuted* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **U.S.D.C., N.D. California**
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Oakland Courthouse

PLAINTIFF: General Electric Capital Corporation

DEFENDANT: Master Kraft Machining, Inc. and Kurt T. Matsuda

| WRIT OF | ☒ EXECUTION (Money Judgment)<br>☐ POSSESSION OF  ☐ Personal Property<br>                 ☐ Real Property<br>☐ SALE | CASE NUMBER:<br>C 11-03238 CW |
|---|---|---|

☐ Limited Civil Case    ☐ Small Claims Case
☒ Unlimited Civil Case  ☐ Other

1. **To the Sheriff or Marshal of the County of:** Alameda
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Plaintiff General Electric Capital Corporation
   is the ☒ judgment creditor  ☐ assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   Kurt T. Matsuda
   11081 Chula Avenue
   San Jose, CA 95127

   ☒ Additional judgment debtors on next page
5. **Judgment entered** on *(date):* December 7, 2011
6. ☐ **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see next page).*
8. ☐ Joint debtor information on next page.

9. ☐ See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment.................................................$  347,690.22
12. Costs after judgment (per filed order or memo CCP 685.090)..........................$  0.00
13. Subtotal *(add 11 and 12)*..........................$  347,690.22
14. Credits.............................................................$  0.00
15. Subtotal *(subtract 14 from 13)*....................$  347,690.22
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees).......$  8,048.95
17. Fee for issuance of writ ................................$  0.00
18. **Total** *(add 15, 16, and 17)* ..........................$  355,739.17
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ................$  123.83
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)).................$
20. ☐ The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date):* 2-14-2012    Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov