Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 659 4812
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
General Electric Capital Corporation,
a Delaware Corporation

FILED
APR - 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER KRAFT MACHINING INC., a California corporation; and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | Case No.: 4:11-cv-03238-CW<br><br>**DECLARATION OF ALICIA ADORNATO IN SUPPORT OF GENERAL ELECTRIC CAPITAL CORPORATION'S WRIT OF EXECUTION**<br><br>Honorable Claudia Wilken |

I, Alicia Adornato, declare as follows:

1. I am an attorney at the law firm of Reed Smith LLP ("Reed Smith"), counsel for Plaintiff, General Electric Capital Corporation ("GECC"), in this case. I have personal knowledge of the matters stated herein, and if sworn as a witness in court could and would testify competently to the matters stated herein. I make this declaration in support of GECC's request to the Clerk of

1. the Court for issuance of a Writ of Execution. In particular, I make this declaration to support GECC's calculation of the amount of interest accrued after entry of Judgment in this case.

2. On December 7, 2011, the Clerk of the Court entered default judgment against Defendants Master Kraft Machining, Inc. and Kurt T. Matsuda, jointly and severally, and in favor of GECC in the amount of $347,690.22 ("Judgment"). See Dkt. No. 26.

3. The Judgment also stated that GECC was entitled to interest on the $347,690.22 as provided by 28 United States Code section 1961. *Id.*

4. The following are the relevant portions of 28 United States Code section 1961:

> "Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

> "Interest shall be computed daily to the date of payment except as provided in section 2516(b) of this title and section 1304(b) of title 31, and shall be compounded annually."

28 United States Code section 2516(b) and 31 United States Code section 1304(b) are not applicable to this case because both of those sections apply to judgments against the government. The Judgment in this case is against an individual and a private company.

5. Thus, in our case, interest is calculated from the date of the entry of judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment. And, interested is computed daily and compounded annually.

6. As discussed, the Judgment in this case was entered on December 7, 2011. The weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of

the judgment (*i.e.*, the week ending December 2, 2011) was 0.13. Thus, the interest rate applicable to our case is 0.13.

7. To calculate the dollar amount of interest, the total judgment amount, $347,690.22, is multiplied by 0.13. The dollar of amount of annual interest owed is $45,199.72 ($347,690.22 x 0.13 = $45,199.72).

8. The daily amount of interest owed was calculated by dividing $45,199.73 by 365 days. The daily amount of interest owed is $123.83 ($45,199.72/365 = $123.83). Under 28 United States Code section 1961, the dollar amount of interest, $123.83, accrues daily from the date of the Judgment, December 7, 2011, until the judgment amount is paid. This is reflected in the Court's Judgment entered December 7, 2011.

9. Today is April 4, 2012. As of April 4, 2012, 119 days have past since Judgment was entered on December 7, 2011. Under 28 United States Code section 1961, interest is computed daily.

10. The total interest accrued since December 7, 2011 is $14,735.77. 119 days multiplied by $123.83 (the daily interest amount) = $14,735.77.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct and that this declaration is executed on April 4, 2012, in San Francisco, California.

*Alicia Adornato*
Alicia Adornato